Argued February 27, affirmed February 27, petition for rehearing
denied March 22, petition for review allowed May 30, 1973
See later issue of Oregon Reports

STATE OF OREGON, *Respondent, v.* JEFFREY
EDWARD FITZGERALD (No. 28922), *Appellant.*

506 P2d 733

*John K. Hoover,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
THORNTON, Judges.